**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDALL BERNARD ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-9421-DMG (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//
//

IT IS THEREFORE ORDERED that Defendants' motions to dismiss [Doc. ## 8, 15] are granted, Plaintiff's motion for a preliminary injunction [Doc. # 20] is denied, and Judgment will be entered dismissing the First Amended Complaint and this action without leave to amend.

DATED: February 11, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE