JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL BERNARD ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-9421-DMG (SP)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without leave to amend.

DATED: February 11, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE